**Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00945-CV
_____

**DURADRIL, L.L.C. AND GREG WARD, Appellants**

**V.**

**DYNOMAX DRILLING TOOLS, INC. AND DYNOMAX DRILLING TOOLS USA, INC., Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-67214**

## ORDER

Appellant Duradril, L.L.C., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 14-36942. Because a stay is automatically affected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 6, 2015, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On May 26, 2015, appellees filed a NOTICE OF BANKRUPTCY ORDER TERMINATING AUTOMATIC STAY PERUSUANT TO U.S.C. §§ 362(D)(1). Attached to the notice is a copy of the bankruptcy court's order terminating the automatic stay.

Unless within 20 days of the date of this order, appellants file a motion demonstrating good cause to continue to abate this appeal, it will be reinstated and placed on the court's active docket.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.